UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

MARION GLEASON,

        Plaintiff,

                                    Case No. 15-cv-396

    v.

FIRST AMERICAN BANKSHARES, INC.
d/b/a PremierBank,

        Defendant.

---

### STIPULATION FOR DISMISSAL

---

Plaintiff Marion Gleason and Defendant First American Bankshares, Inc. d/b/a

PremierBank by and through their respective counsel, hereby stipulate that the Court may enter

an Order dismissing this action and all claims herein with prejudice and without costs or

attorneys' fees.

                                **WALCHESKE & LUZI, LLC**
                                **Attorneys for Plaintiff Marion Gleason**

                                By: _____
                                    Kelly L. Temeyer, State Bar No. 1066294
                                    James A. Walcheske, State Bar No. 1065635
                                    Scott S. Luzi, State Bar No. 1067405

                                Dated: _____11/20/15_____

                                **GODFREY & KAHN, S.C.**
                                  **Attorneys for Defendant First American**
                                **Bankshares, Inc. d.b.a. PremierBank**

                                By: _____
                                    Josh Johanningmeier, State Bar No. 1041135
                                    Thomas G. O'Day, State Bar No. 1058283
                                    Rebeca M. López, State Bar No. 1084842

                                Dated: _____12/18/15_____